IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **DELOUISE RANDLE and ,** | ) | |
| **LIONEL SHORTER,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 2:08-CV-02460-BBD/cgc |
| | ) | JURY DEMAND |
| **NATIONWIDE PROPERTY & CASUALTY** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF SETTLEMENT

The parties, jointly, stipulate and notify the Court that this case has been fully settled and resolved with prejudice, with each party to bear their own discretionary costs in this matter. A proposed Order of Dismissal approved by the parties has been sent separately via email to District Judge Bernice B. Donald for consideration by the Court.

Respectfully submitted,

 /s/David N. Arnold
**DAVID N. ARNOLD**
Registration No. 024294
Attorney for Plaintiff

**GENTRY ARNOLD PLLC**
White Station Tower
5050 Poplar Avenue, Suite 511
Memphis, TN  38157
darnold@gentryarnold.com

N Randle Stip of Settlement 090814

        *s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
Attorney for Defendant

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787
gbrewer@bkblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2009, a copy of the foregoing STIPULATION OF SETTLEMENT was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

David N. Arnold, Esquire
*Attorney for Plaintiffs*
Gentry Arnold PLLC
White Station Tower
5050 Poplar Avenue, Suite 511
Memphis, TN   38157
darnold@gentryarnold.com

        *s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787
gbrewer@bkblaw.com

GAB:car