IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **DELOUISE RANDLE and,**<br>**LIONEL SHORTER,**<br><br>      **Plaintiffs,**<br><br>v.<br><br>**NATIONWIDE PROPERTY & CASUALTY**<br>**INSURANCE COMPANY,**<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)   **NO. 2:08-CV-02460-BBD/cgc**<br>)   **JURY DEMAND**<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

The Court, having been notified by the parties by Stipulation of Settlement that the case has been fully settled and compromised and should be dismissed,

It is hereby ORDERED that this case is dismissed with prejudice.  Each party will bear their own discretionary costs.

**IT IS SO ORDERED** this 31st day of August 2009.

> s/Bernice Bouie Donald
> **BERNICE BOUIE DONALD**
> **UNITED STATES DISTRICT COURT JUDGE**

N Randle Ord Dismissal 090814

APPROVED FOR ENTRY:

_/s/David N. Arnold_
**DAVID N. ARNOLD**
Registration No. 024294
Attorney for Plaintiff

**GENTRY ARNOLD PLLC**
White Station Tower
5050 Poplar Avenue, Suite 511
Memphis, TN 38157
darnold@gentryarnold.com

_/s/Gary A. Brewer_
**GARY A. BREWER**
Registration No. 4678
Attorney for Defendant

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787
gbrewer@bkblaw.com