*UNITED STATES DISTRICT COURT*
# *WESTERN DISTRICT OF TENNESSEE*
# *WESTERN DIVISION*

---

**DELOUISE RANDLE and LIONEL SHORTER**

                                                 **JUDGMENT IN A CIVIL CASE**
**v.**                                                 **Case No. 08-2460**

**NATIONWIDE PROPERTY & CASUALTY**
**INSURANCE COMPANY**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on August 31, 2009, this cause is hereby dismissed.

**APPROVED:**

**s/Bernice B. Donald**
**UNITED STATES DISTRICT COURT**

**DATE: 08/31/2009**                                  **THOMAS M. GOULD**
                                                 **Clerk of Court**

                                                       **s/Taffy Elchlepp**
                                                   **(By)  Deputy Clerk**